UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH DELFRATE,

        Plaintiff,

v.                                     Case No.  8:10-cv-2623-T-24 TBM

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

        Defendant.

_____/

## **ORDER**

      This cause comes before the Court on Defendant's Motion to Dismiss Count II.  (Doc. No. 4).  Plaintiff did not file a response in opposition, and as such, the Court deems the motion to be unopposed.

      Plaintiff alleges that hurricane damage to his roof caused leaks that resulted in a pervasive mold problem throughout his house.  Defendant provided homeowners' insurance to Plaintiff, and Plaintiff alleges that Defendant breached their insurance contract by failing to pay his claims.  Additionally, Plaintiff alleges that Defendant's failure to pay his claims caused him emotional distress.

      Plaintiff originally filed suit against Defendant on May 10, 2010, and that case was assigned to Judge Merryday.  (Case No. 8:10-cv-1091-T-23-AEP).  In that case, Plaintiff asserted a breach of contract claim (Count I) and an intentional infliction of emotional distress ("IIED") claim (Count II).  Defendant moved to dismiss the IIED claim, and the Court granted the motion.  (Doc. No. 11 in Case No. 8:10-cv-1091-T-23-AEP).  Thereafter, the Court dismissed the breach of contract claim without prejudice.  (Doc. No. 16 in Case No. 8:10-cv-

1091-T-23-AEP).

About two months later, Plaintiff filed the instant lawsuit against Defendant, asserting the same two claims: breach of contract and IIED.  Pending before the Court is Defendant's motion to dismiss the IIED claim.  For the same reasons that the IIED claim was dismissed in the prior case, the Court again dismisses Plaintiff's IIED claim.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Count II (Doc. No. 4) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of January, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2